TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY D. BICHÉ (Cal. Bar No. 293363)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-7354
Facsimile: (213) 894-7819
E-mail: timothy.biche@usdoj.gov

Attorneys for Real-Party Defendant in Interest
Wilbur Ross, Secretary,
United States Department of Commerce

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Ryon Rodgers, an individual; Katherine James, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Robert Snyder, an individual; John Allen, an individual,<br><br>Defendants. | Case No. EDCV 21-00059<br><br>**Notice of Removal of Civil Action**<br><br>[28 U.S.C. § 1442(a)(1)] |

To the United States District Court for the Central District of California, the parties, and counsel of record:

Please take notice that, pursuant to 28 U.S.C. § 1442(a)(1), real-party defendant in interest Wilbur Ross, Secretary of the United States Department of Commerce (the "Secretary") hereby removes the state court action described below to this Honorable Court. The grounds for this removal are as follows:

1. Ryon Rodgers and Katherine James ("Plaintiffs") were employed by the United States Department of Commerce in connection with the 2020 decennial census (the "Census"). On September 2, 2020, Mr. Rodgers was terminated for publishing personally identifiable information of a census respondent that he collected during his data gathering activities for the Census. Ms. James, Mr. Rodger's wife, voluntarily resigned from her position as an office operations supervisor two days later.

2. On October 23, 2020, Plaintiffs filed a civil action against Robert Snyder and John Allen in the Superior Court of California for the County of Riverside, as Case No. RIC2004236. In the Complaint, Plaintiffs allege that Mr. Snyder and Mr. Allen, who were temporary, supervisory employees of the United States Bureau of the Census, improperly terminated the employment of Plaintiffs and caused them related harm. A copy of the state court complaint is attached as Exhibit 1.

3. A copy of the answer filed on behalf of Mr. Allen is attached as Exhibit 2.

4. This action may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity" to the district court embracing the place where the action is pending.

5. Because Plaintiffs were federal employees who are challenging personnel actions taken by their supervisors, the Civil Service Reform Act (the "CSRA") provides the exclusive remedy for their claims. See Elgin v. Dep't of Treasury, --- U.S. ---, 123 S.

Ct. 2126, 2132 (2012); Orsay v. U.S. Dep't of Justice, 289 F.3d 1125, 1128 (9th Cir. 2002).

6. Because Plaintiffs are challenging certain personnel actions under the CSRA, the proper defendant to their action is the head of the agency by which they were employed. See 5 U.S.C. § 2302(c)(2). As Plaintiffs were employed by the Department of Commerce, the Secretary is the Real Party-Defendant in Interest. As the Real Party-Defendant in Interest, the Secretary is entitled to remove this action. See, e.g., La Russo v. St. George's Univ. Sch. of Med., 747 F.3d 90, 96-97 (2d Cir. 2014) ("The unstated premise . . . is that the concept of a 'real party defendant in interest' is not only entirely valid, it is an important aspect of removal jurisprudence . . . .").

7. This removal is timely as it comes within 30 days of the Secretary's receipt of a copy of the initial pleading. 28 U.S.C. § 1446(b)(1). Mr. Snyder and Mr. Rodgers, who are not proper defendants to this action, but whom were named in and served with the state court action, consent to the removal of this action. See id. § 1446(b)(2)(A).

8. Because Plaintiffs brought their action in Riverside County, this Court is the proper court to hear this action.

9. Promptly after filing this notice, the Secretary will give written notice of removal to Plaintiffs and the clerk of the state court. See 28 U.S.C. § 1446(d).

10. Because this notice is filed on behalf of a department of the United States of America, no bond is required. 28 U.S.C. § 2408.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Wilbur Ross, Secretary of the Department of Commerce, removes this action, now pending in the Superior Court of the State of California for the County of Riverside, Case No. RIC2004236, to the United States District Court for the Central District of California.

Respectfully submitted,

Dated: January 12, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Timothy D. Biché
TIMOTHY D. BICHÉ
Assistant United States Attorney

Attorneys for Real-Party Defendant in Interest
Wilbur Ross, Secretary,
United States Department of Commerce