**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California, and am readily familiar with the practice of this office for collection and processing collection and mailing. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On January 12, 2021, I served **NOTICE OF REMOVAL OF CIVIL ACTION** on each person or entity named below by enclosing a copy in an envelope with postage fully prepaid and addressed as shown below and placing the envelope for collection and mailing with the United States Postal Service on the date and at the place shown below following our ordinary office practices.

Date of mailing: January 12, 2021. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(ies) to Whom mailed:

Ryon Rodgers
5745 Picker St., Apt. 204
Riverside, CA 92503

Katherine James
5745 Picker St., Apt. 204
Riverside, CA 92503

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 12, 2021, at Los Angeles, California.

JULIE MORALES